# EXHIBIT 7

# U.S. Patent No. 9,979,514

# LG Stylo 6

US Patent No. 9,979,514: Claim 3

"3 [preamble]. A communication device of handling a hybrid automatic repeat request (HARQ) process for semi-persistent scheduling (SPS) in a user equipment (UE) of a wireless communication system, the communication device comprising:"

| "3 [preamble]. A communication device of handling a hybrid automatic repeat request (HARQ) process for semi-persistent scheduling (SPS) in a user equipment (UE) of a wireless communication system, the communication device comprising:" | To the extent the preamble is limiting, LG's Stylo 6 is a communication device for handling a hybrid automatic repeat request ("HARQ") process for semi-persistent scheduling ("SPS") in a user equipment ("UE") of a wireless communication system. *See* U.S. Patent No. 9,979,514 col. 10 l. 27-31 (filed Aug. 25, 2009).<br><br>The Stylo 6 is a device for communicating over a cellular network that is capable of handling a HARQ process for SPS in a UE. |
|---|---|

2

US Patent No. 9,979,514: Claim 3

"3 [a]. a processor for executing a program; and"

| "3 [a]. a processor for executing a program; and" | LG's Stylo 6 contains a processor for executing a program. *See* '514 col. 10 l. 32.<br><br>The Stylo 6 comprises a MediaTek Helio P35 Octa Core processor.<br><br>LG, *LG Stylo 6 Specifications & Features* 3 (2020), https://www.lg.com/us/support/products/documents/LGSpecSheet_Regional-Carriers_Stylo%206_082720.pdf. |
|---|---|

3

US Patent No. 9,979,514: Claim 3

"3 [b]. a memory coupled to the processor for storing the program; wherein the program comprises:"

| "3 [b]. a memory coupled to the processor for storing the program; wherein the program comprises:" | LG's Stylo 6 contains a memory coupled to the processor for storing the program. *See* '514 col. 10 l. 33-34.<br><br>The Stylo 6 comprises of an eMMC 5.1 memory coupled to the MediaTek Helio P35 Octa Core processor.<br>*MediaTek Helio P35*, MediaTek, https://www.mediatek.com/products/smartphones-2/mediatek-helio-p35. |
|---|---|

4

US Patent No. 9,979,514: Claim 3

"3 [c]. configuring an SPS functionality, the SPS functionality utilizing at least one HARQ process;"

| "3 [c]. configuring an SPS functionality, the SPS functionality utilizing at least one HARQ process;" | LG's Stylo 6 executes a program that is capable of configuring an SPS functionality, the SPS functionality utilizing at least one HARQ process. *See* '514 col. 10 l. 35-36.<br><br>The Stylo 6 is capable of configuring an SPS that utilizes at least one HARQ process. |
|---|---|

US Patent No. 9,979,514: Claim 3

"3 [d]. receiving a first new data indicator (NDI) addressed to an SPS cell radio network temporary identifier (SPS C-RNTI) of the UE for a first HARQ process of the at least one HARQ process; and"

| "3 [d]. receiving a first new data indicator (NDI) addressed to an SPS cell radio network temporary identifier (SPS C-RNTI) of the UE for a first HARQ process of the at least one HARQ process; and" | LG's Stylo 6 executes a program that is capable of receiving a first new data indicator ("NDI") addressed to an SPS cell radio network temporary identifier ("SPS C-RNTI") of the UE for a first HARQ process of the at least one HARQ process. *See* '514 col. 10 l. 37-40.<br><br>The Stylo 6 communication device is capable of receiving a first NDI that is addressed to an SPS C-RNTI for a first HARQ process when performing DL-SCH data transfer. |
|---|---|

US Patent No. 9,979,514: Claim 3

| "3 [e]. considering a next transmission to be received by the first HARQ process as a first transmission of the HARQ process when receiving a second NDI addressed to a C-RNTI of the UE for the first HARQ process to avoid unexpected data combination due to incorrect NDI comparison." ||
|---|---|
| "3 [e]. considering a next transmission to be received by the first HARQ process as a first transmission of the HARQ process when receiving a second NDI addressed to a C-RNTI of the UE for the first HARQ process to avoid unexpected data combination due to incorrect NDI comparison." | LG's Stylo 6 executes a program that is capable of considering a next transmission to be received by the first HARQ process as a first transmission of the HARQ process when receiving a second NDI addressed to a C-RNTI of the UE for the first HARQ process to avoid unexpected data combination due to incorrect NDI comparison. *See* '514 col. 10 l. 41-46.<br><br>The Stylo 6 is capable of executing a HARQ process that avoids an unexpected data combination because it considers a subsequent transmission received by the Stylo 6 to be a new transmission when the subsequent transmission is addressed to the C-RNTI, the previous transmission is addressed to the SPS C-RNTI, and the second NDI is toggled by the Stylo 6. |