# EXHIBIT 8

U.S. Patent No. 9,124,558

LG Stylo 6

US Patent No. 9,124,558: Claim 5

"5 [preamble]. A communication device utilized in a wireless communication system for correctly handling data decryption in a packet data convergence protocol (PDCP) layer upon handover, the communication device comprising:"

| | |
|---|---|
| "5 [preamble]. A communication device utilized in a wireless communication system for correctly handling data decryption in a packet data convergence protocol (PDCP) layer upon handover, the communication device comprising:" | To the extent the preamble is limiting, LG's Stylo 6 is a communication device utilized in a wireless communication system for correctly handling data decryption in a packet data convergence protocol (PDCP) layer upon handover. *See* U.S. Patent No. 9,124,558 col. 6 l. 9-12 (filed Oct. 22, 2008).<br><br>The Stylo 6 is a device for communicating over a cellular network whereby a handover procedure uses the PDCP when decrypting data packets from the source base station. Further, the PDCP deciphers or decrypts user plane or control plane packet data, and the handover procedure uses that deciphered or decrypted data to perform handover of user equipment from a source base station. |

"5 [a]. a control circuit for realizing functions of the communications device;"

| "5 [a]. a control circuit for realizing functions of the communications device;" | LG's Stylo 6 contains a control circuit for realizing functions of the communications device. *See* '558 patent col. 6 l. 13-14. <br><br> The Stylo 6 comprises a MediaTek Helio P35 Octa Core processor, which is a control circuit for realizing functions of the communication device. <br><br> LG, *LG Stylo 6 Specifications & Features* 3 (2020), https://www.lg.com/us/support/products/documents/LGSpecSheet_Regional-Carriers_Stylo%206_082720.pdf. |
|---|---|

US Patent No. 9,124,558: Claim 5

"5 [b]. a processor installed in the control circuit; and"

| "5 [b]. a processor installed in the control circuit; and" | LG's Stylo 6 contains a processor installed in the control circuit. *See* '558 patent col. 6 l. 15.<br><br>The control circuit MediaTek Helio P35 Octa Core processor has an installed processor. |
|---|---|

"5 [c]. a storage device installed in the control circuit and coupled to the processor;"
"5 [d]. wherein the processor executes a program code stored in memory to:"

| | |
|---|---|
| "5 [c]. a storage device installed in the control circuit and coupled to the processor; 5 [d]. wherein the processor executes a program code stored in memory to:" | LG's Stylo 6 contains a storage device installed in the control circuit and coupled to the processor. *See* '558 patent col. 6 l. 16-17.<br><br>The Stylo 6 comprises an eMMC 5.1 memory installed in the control circuit and coupled to the processor, wherein the processor executes code. |

US Patent No. 9,124,558: Claim 5

"5 [e]. initiate a handover procedure from a source base station to a target base station;"

| "5 [e]. initiate a handover procedure from a source base station to a target base station;" | LG's Stylo 6 executes a program code that initiates a handover procedure from a source base station to a target base station. *See* '558 patent col. 6 l. 20-21. <br><br> The Stylo 6 is capable of receiving a *RRCConnectionReconfiguration* message. After receiving a *RRCConnectionReconfiguration* message, the Stylo 6 initiates a handover procedure from a source base station to a target base station. |
|---|---|

"5 [f]. use security variables corresponding to a source base station to decipher packets received from the source base station; and"

| | |
|---|---|
| "5 [f]. use security variables corresponding to a source base station to decipher packets received from the source base station; and" | LG's Stylo 6 executes a program code that uses security variables corresponding to a source base station to decipher packets received from the source base station. *See* '558 patent col. 6 l. 22-24.<br><br>The Stylo 6 is capable of using the Next_PDCP_RX_SN and RX_HFN security variables to decipher data packets after it reestablishes the PDCP during handover. These security variables are the same variables used to process previous packets from the source base station. |

US Patent No. 9,124,558: Claim 5

"5 [g]. reset the security variables after using the security variables to decipher all the data packets received from the source base station;"

| "5 [g]. reset the security variables after using the security variables to decipher all the data packets received from the source base station;" | LG's Stylo 6 executes a program code that resets the security variables after using the security variables to decipher all the data packets received from the source base station. *See* '558 patent col. 6 l. 25-27.<br><br>The Stylo 6 is capable of resetting the security variables Next_PDCP_RX_SN and RX_HFN to zero after the PDCP Data PDUs are processed once the Stylo 6 reestablished the PDCP for all Radio Bearers in response to reception of the RRCConnectionReconfiguration message. |

"5 [h] wherein the security variables comprise a next PDCP receiver sequence number (Next_PDCP_RX_SN) and a receiver hyperframe number (RX_HFN)."

| "5 [h] wherein the security variables comprise a next PDCP receiver sequence number (Next_PDCP_RX_SN) and a receiver hyperframe number (RX_HFN)." | LG's Stylo 6 executes a program code wherein the security variables comprise a next PDCP receiver sequence number (Next_PDCP_RX_SN) and a receiver hyperframe number (RX_HFN). *See* '558 patent col. 6 l. 28-30.<br><br>As noted above, the security variable that the Stylo 6 is capable of resetting to zero are the Next_PDCP_RX_SN and RX_HFN security variables. |