# EXHIBIT 9

# U.S. Patent No. 8,223,708

# LG Stylo 6

US Patent No. 8,223,708: Claim 7

"7 [preamble]. A communication device for handling a scheduling information report in a user equipment (UE) of a wireless communication system, the communication device comprising:"

| | |
|---|---|
| "7 [preamble]. A communication device for handling a scheduling information report in a user equipment (UE) of a wireless communication system, the communication device comprising:" | To the extent the preamble is limiting, LG's Stylo 6 is a communication device for handling a scheduling information report in a user equipment (UE) of a wireless communication system. *See* U.S. Patent No. 8,233,708 col. 6 l. 35-38 (filed Jun. 4, 2009).<br><br>The Stylo 6 is a device for communicating over a cellular network whereby the MAC entity of the Stylo 6 handles the scheduling information reporting function. |

US Patent No. 8,223,708: Claim 7

"7 [a]. a processor for executing a program code; and"

| "7 [a]. a processor for executing a program code; and" | LG's Stylo 6 comprises of a processor for executing a program code. *See* '708 patent col. 6 l. 39. |
| --- | --- |
| | The Stylo 6 comprises a MediaTek Helio P35 Octa Core processor. |
| | LG, *LG Stylo 6 Specifications & Features* 3 (2020), https://www.lg.com/us/support/products/documents/LGSpecSheet_Regional-Carriers_Stylo%206_082720.pdf. |

"7 [b]. a memory coupled to the processor for storing the program code; wherein the program code comprises:"

| "7 [b]. a memory coupled to the processor for storing the program code; wherein the program code comprises:" | LG's Stylo 6 comprises a memory coupled to the processor for storing the program code. *See* '708 patent col. 6 l. 40-41.<br><br>The Stylo 6 comprises of an eMMC 5.1 memory coupled to the MediaTek Helio P35 Octa Core processor.<br>*MediaTek Helio P35*, MediaTek, https://www.mediatek.com/products/smartphones-2/mediatek-helio-p35. |
|---|---|

| "7 [c]. triggering a Buffer Status Repo[rt] (BSR) and a Power Headroom Report (PHR), wherein the BSR is a Regular BSR; and" | |
|---|---|
| "7 [c]. triggering a Buffer Status Repo[rt] (BSR) and a Power Headroom Report (PHR), wherein the BSR is a Regular BSR; and" | LG's Stylo 6 executes a program that is capable of triggering a Buffer Status Report (BSR) and a Power Headroom Report (PHR), wherein the BSR is a Regular BSR. *See* '708 patent col. 6 l. 42-44.<br><br>The Stylo 6 is capable of triggering a BSR when UL data is available for transmission, and triggering PHR in the UE upon expiration of the prohibitPHR-Timer. |

"7 [d]. performing resource allocation when having uplink resource allocated for a new transmission, wherein resource allocation priority of a Medium Access Control (MAC) control element for the BSR is higher than that for the PHR."

| "7 [d]. performing resource allocation when having uplink resource allocated for a new transmission, wherein resource allocation priority of a Medium Access Control (MAC) control element for the BSR is higher than that for the PHR." | LG's Stylo 6 executes a program that is capable of performing resource allocation when having uplink resource allocated for a new transmission, wherein resource allocation priority of a Medium Access Control (MAC) control element for the BSR is higher than that for the PHR. *See* '708 patent col. 6 l. 45-49.<br><br>The Stylo 6 is capable of allocating resources to logical channels for transmitting MAC Control Elements upon having a resource allocation for a new transmission from a UL grant, deciding the data content of the MAC PDU based on the priority of logical channels while performing resource allocation, and prioritizing the allocation of resources to the logical channels to set the MAC control element for BSR priority higher than the MAC control element for PHR. |