# EXHIBIT 10

U.S. Patent No. 7,664,059

LG Stylo 6

US Patent No. 7,664,059: Claim 1

1 [preamble]. "A method of detecting an erroneous sequence number of a status report unit in a wireless communications system, the method comprising:"

| 1 [preamble]. "A method of detecting an erroneous sequence number of a status report unit in a wireless communications system, the method comprising:" | To the extent the preamble is limiting, LG's Stylo 6 utilizes a method of detecting an erroneous sequence number of a status report unit in a wireless communications system. *See* U.S. Patent 7,664,059 col. 6 l. 2-4 (filed Apr. 4, 2006).<br><br>A function of the Stylo 6 when communicating over a cellular network is the automatic repeat request (ARQ) procedure in acknowledged mode includes retransmission procedures in the event the transmitter receives a negative acknowledgement (NACK) from the receiver. |
|---|---|

US Patent No. 7,664,059: Claim 1

1 [a]. "receiving a status report unit output from a receiver of the wireless communications system;"

| 1 [a]. "receiving a status report unit output from a receiver of the wireless communications system;" | LG's Stylo 6 receives a status report unit output from a receiver of the wireless communications system. '059 Patent col. 6 l. 5-6. A function of Stylo 6 when communicating over a cellular network is detecting a reception failure at an RLC receiver in acknowledge mode, then having the receiver send a NACK via a status PDU report to the transmitter. |
|---|---|

US Patent No. 7,664,059: Claim 1

"1 [b]. detecting whether a negatively acknowledged sequence number lies in a range of greater than or equal to a sequence number following a sequence number of a last in-sequence acknowledged packet of a transmitter and less than a sequence number of a next packet to be transmitted for the first time by the transmitter when the negatively acknowledged sequence number is detected in the status report unit; and"

| | |
|---|---|
| 1 [b]. "detecting whether a negatively acknowledged sequence number lies in a range of greater than or equal to a sequence number following a sequence number of a last in-sequence acknowledged packet of a transmitter and less than a sequence number of a next packet to be transmitted for the first time by the transmitter when the negatively acknowledged sequence number is detected in the status report unit; and" | LG's Stylo 6 detects whether a negatively acknowledged sequence number lies in a range of greater than or equal to a sequence number following a sequence number of a last in-sequence acknowledged packet of a transmitter and less than a sequence number of a next packet to be transmitted for the first time by the transmitter when the negatively acknowledged sequence number is detected in the status report unit. '059 Patent col. 6 l. 7-14.<br><br>A function of Stylo 6 when communicating over a cellular network is having the transmitter receive the STATUS PDU report, detect whether a NACK SN is received, and detect whether the SN is within the range $VT(A) <= SN < VT(S)$ as a response. |

US Patent No. 7,664,059: Claim 1

1 [c]. "detecting that the status report unit comprises an erroneous sequence number when the negatively acknowledged sequence number is not in the range."

| 1 [c]. "detecting that the status report unit comprises an erroneous sequence number when the negatively acknowledged sequence number is not in the range." | LG's Stylo 6 detects that the status report unit comprises an erroneous sequence number when the negatively acknowledged sequence number is not in the range. '059 Patent col. 6 l. 15-17.<br><br>A function of Stylo 6 when communicating over a cellular network is having the transmitter discard the corresponding PDU when the transmitter receives the invalid SN. When a PDU contains an SN outside the range $VT(A) <= SN < VT(S)$, the serial number is invalid and is considered erroneous. |
|---|---|