# EXHIBIT 11

# U.S. Patent No. 8,804,756

# LG Stylo 6

1

US Patent No. 8,804,756: Claim 5

"5 [preamble]. A communication device for improving interaction between a Scheduling Request procedure and a Random Access procedure in a user equipment (UE) of a wireless communication system, the communication device comprising:"

| | |
|---|---|
| "5 [preamble]. A communication device for improving interaction between a Scheduling Request procedure and a Random Access procedure in a user equipment (UE) of a wireless communication system, the communication device comprising:" | To the extent the preamble is limiting, LG's Stylo 6 is a communication device for improving interaction between a Scheduling Request procedure and a Random Access procedure in a user equipment (UE) of a wireless communication system. *See* U.S. Patent No. 8,804,756 col. 7 l. 31-35 (filed Sept. 9, 2009).<br><br>The Stylo 6 is a device for communicating over a cellular network whereby Scheduling Request procedures and Random Access procedures are utilized. Further, the Stylo 6 triggers the Scheduling Request for requesting UL-SCH resource for new transmission and initiating Random Access procedure. |

US Patent No. 8,804,756: Claim 5

"5 [a]. a processor for executing a program; and"

| "5 [a]. a processor for executing a program; and" | LG's Stylo 6 comprises of a processor for executing a program, including a program that provides VoLTE functionality. *See* '756 patent col. 8 l. 1.<br><br>The Stylo 6 comprises a MediaTek Helio P35 Octa Core processor.<br><br>LG, *LG Stylo 6 Specifications & Features* 3 (2020), https://www.lg.com/us/support/products/documents/LGSpecSheet_Regional-Carriers_Stylo%206_082720.pdf. |
|---|---|

US Patent No. 8,804,756: Claim 5

"5 [b]. a memory coupled to the processor for storing the program; wherein the program comprises:"

| "5 [b]. a memory coupled to the processor for storing the program; wherein the program comprises:" | LG's Stylo 6 comprises of a memory coupled to the processor for storing the program. *See* '756 patent col. 8 l. 2-3.<br><br>The Stylo 6 comprises of an eMMC 5.1 memory coupled to the MediaTek Helio P35 Octa Core processor.<br>*MediaTek Helio P35*, MediaTek, https://www.mediatek.com/products/smartphones-2/mediatek-helio-p35. |
|---|---|

US Patent No. 8,804,756: Claim 5

"5 [c]. triggering a Scheduling Request procedure;"

| "5 [c]. triggering a Scheduling Request procedure;" | LG's Stylo 6 executes a program that is capable of triggering a Scheduling Request (SR) procedure. *See* '756 patent col. 8 l. 4.<br><br>The Stylo 6 is capable of triggering a Scheduling Request. |
|---|---|

US Patent No. 8,804,756: Claim 5

"5 [d]. sending a Dedicated Scheduling Request (D-SR) message on a Physical Uplink Control Channel (PUCCH) repeatedly until an uplink transmission resource for a new transmission is received or the number of D-SR transmissions reaches to a specific value when the UE has a configured PUCCH resource; and"

| | |
|---|---|
| "5 [d]. sending a Dedicated Scheduling Request (D-SR) message on a Physical Uplink Control Channel (PUCCH) repeatedly until an uplink transmission resource for a new transmission is received or the number of D-SR transmissions reaches to a specific value when the UE has a configured PUCCH resource; and" | LG's Stylo 6 executes a program that is capable of sending a Dedicated Scheduling Request (D-SR) message on a Physical Uplink Control Channel (PUCCH) repeatedly until an uplink transmission resource for a new transmission is received or the number of D-SR transmissions reaches to a specific value when the UE has a configured PUCCH resource. '756 patent col. 8 l. 5-10.<br><br>The Stylo 6 has PUCCH resources for SRs. The Stylo 6 is further capable of sending the SR request until the SR_COUNTER (i.e., the number of D-SR transmissions) value equals dsr-TRANSMAX (i.e., a specific value) or until a UL grant cancels the pending SRs. |

US Patent No. 8,804,756: Claim 5

"5 [e]. deactivating all pre-configured Semi-Persistent Scheduling (SPS) transmission resources of a SPS operation allocated to the UE before performing a Random Access procedure corresponding to the Scheduling Request procedure when the number of D-SR transmissions reaches the specific value to prevent the UE from misusing the pre-configured. SPS transmission resources in a Random Access procedure performed in parallel with the SPS operation so that Random Access procedure failures and uplink transmission errors can be avoided."

| | |
|---|---|
| "5 [e]. deactivating all pre-configured Semi-Persistent Scheduling (SPS) transmission resources of a SPS operation allocated to the UE before performing a Random Access procedure corresponding to the Scheduling Request procedure when the number of D-SR transmissions reaches the specific value to prevent the UE from misusing the pre-configured. SPS transmission resources in a Random Access procedure performed in parallel with the SPS operation so that Random Access procedure failures and uplink transmission errors can be avoided." | LG's Stylo 6 executes a program that is capable of deactivating all pre-configured Semi-Persistent Scheduling (SPS) transmission resources of a SPS operation allocated to the UE before performing a Random Access procedure corresponding to the Scheduling Request procedure when the number of D-SR transmissions reaches the specific value to prevent the UE from misusing the pre-configured. SPS transmission resources in a Random Access procedure performed in parallel with the SPS operation so that Random Access procedure failures and uplink transmission errors can be avoided. '756 patent col. 8 l. 11-21.<br><br>The Stylo 6 is capable of starting a Random Access procedure when the number of SR attempts is no longer less than the value of dsr-TRANSMAX, and all uplink grants and downlink assignments, including SPS, are cleared. When the SR_COUNTER is no longer less than (i.e. equal to or greater than) dsr-TransMax, the Stylo 6 initiates a Random Access procedure. Further, in the Stylo 6 when the SR_COUNTER is no longer less than (i.e. equal to or greater than) dsr-TransMax the Stylo 6 deactivates all pre-configured SPS transmission resources of a SPS operation. |