# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELERITY IP, LLC, ET AL.<br><br>    Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., ET AL.,<br><br>    Defendants. | Civil Action No. 2:23-CV-00316-JRG-RSP |

## ORDER

Before the Court is Defendants LG Electronics Inc.'s and LG Electronics U.S.A., Inc.'s Unopposed Motion for Extension of Deadlines in Court's Order Re Scheduling/Case Management Conference. After consideration of the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadlines are extended as follows: (1) Comply with P.R. 3-1 and 3-2 up to and including December 4, 2023; (2) Join Additional Parties up to and including December 28, 2023; (3) File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) up to and including January 8, 2024; (4) Comply with P.R. 3-3 and 3-4 up to and including January 29, 2024; and (5) Comply with Standing Order Regarding Subject-Matter Eligibility Contentions up to and including January 29, 2024.